BEFORE:   VIKTOR V. POHORELSKY                        DATE:        9/16/10
          U.S. MAGISTRATE JUDGE                        START TIME:  11:00 a.m.
                                                       END TIME:    12:15 p.m.
DOCKET NO.   CV-09-1384                                JUDGE:       DGT
             CV-09-4020                                             DGT

CASE NAME:   Alvaro Marin, et al. v. JMP Restoration Corp., et al.
             Juan Ballesteros, et ano. V. JMP Restoration Corp., et al.

                              CIVIL CONFERENCE

PURPOSE OF CONFERENCE:   Status Conference

APPEARANCES:   Plaintiff    Jennifer Smith (Marin); No Appearance (Ballesteros)
                            (unexcused)
               Defendant    Victor Gonzalez, pro se and as principal of JMP
                            Restoration; no appearance by JMP Maintenance
                            Corp.

SCHEDULING AND RULINGS:

1.   The defendant Victor Gonzalez is directed to provide the following documents
     and testimony on the dates indicated below:

     a.   On September 23, 2010, Mr. Gonzalez or someone acting on his behalf is
          required to produce any documents (for example, timesheets and ledgers)
          that show the days and hours worked by, as well as the wages paid to, the
          following persons:

          i.     Lina H. Avila
          ii.    Juan Pablo Juarez
          iii.   Rafael Perez
          iv.    Tomas Rosas
          v.     Hugo Sanchez
          vi.    Alvaro Marin
          vii.   Fernando Marin
          viii.  Jorge Ortega
          ix.    Mano Antonio Atencio Valero
          x.     Mateo Popoca-Solis
          xi.    Alfonso Maneses

     b.   The documents are to be delivered for inspection and copying to the
          offices of the plaintiffs' lawyers at 80 Pine Street, 32nd Floor, in Manhattan.

    c.      On September 28, 2010, Mr. Gonzalez must appear in person at the offices of the plaintiffs' lawyers (see above) at 10:30 a.m. for a deposition.

    d.      On September 28, 2010, Mr. Gonzalez must be prepared to state the address of his assistant, Katty Gonzalez.

2.      The next conference will be held on **October 20, 2010 at 10:00 a.m.**

3.      The plaintiffs may make a written application for an order requiring Mr. Gonzalez to pay the costs incurred for the deposition that was supposed to be held on September 8, 2010, but at which he did not appear. If they make such an application, Mr. Gonzalez must submit his response within seven days after receiving the application.